UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

Case No. 26-mj-30525

v.

Chloe Renae Freeman,

Defendant.
_______________________________/

**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL COMPLAINT**

This order is entered to allow the complaint and accompanying affidavit in this matter to be unsealed to permit the government to provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court: the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal Community Defender's Officer, and/or the Defendant's attorney. It also serves to unseal the documents for all other purposes and to be accessible on the court's docket.

**IT IS SO ORDERED.**

s/David R. Grand
David R. Grand
United States Magistrate Judge

Entered:9/29/26