UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 26-mj-30525

v.

Chloe Renae Freeman,

Defendant.
_________________________________/

**STIPULATION ADJOURNING PRELIMINARY EXAMINATION**

The above parties, by and through their respective counsel, stipulate to adjourn the Preliminary Examination from October 20, 2026, to November 24, 2026. The proposed extension of time is sought to allow defense counsel to meet with his client to review discovery materials and determine how to proceed in the criminal matter. Both parties believe this constitutes good cause, taking into account the public interest in the prompt disposition of criminal cases.

The parties further stipulate that the extended time-period shall constitute excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv), and that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

s/*Susan E. Fairchild*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
susan.fairchild @usdoj.gov
(313) 226-9577

s/*Matthew G. Borgula* (with consent)
Counsel for Defendant
60 Monroe Center Street NW, Ste. 500
Grand Rapids, Michigan 49503
matt@sbbllaw.com
(616)458-5500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 26-mj-30525

v.

Chloe Renae Freeman,

Defendant.
________________________________/

**ORDER ADJOURNING PRELIMINARY EXAMINATION**

Upon the stipulation of the parties, the Court finds that the extended time-period shall constitute excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv), and that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial such that failure to grant the extension would deny counsel for both parties the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

WHEREFORE, **IT IS ORDERED** that the Preliminary Examination in this matter be, and hereby is, adjourned to from October 20, 2026, to November 24, 2026 at 1:00 pm.

IT IS SO ORDERED.

s/Elizabeth A. Stafford__________
Hon. Elizabeth A. Stafford
United States Magistrate Judge
Eastern District of Michigan

Dated: October 15, 2026